AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| VAN J. WATLER, an individual, and PATRICK, WATLER, an individual<br>*Plaintiff(s)*<br>v.<br>JERMAIN DUPRI MAULDIN, an individual; RODRIGUEZ JACQUEES BROADNAX, an individual; MASS APPEAL MEDIA, INC., and DOES 1 through 20, inclusive,<br>*Defendant(s)* | Civil Action No. 1:26-cv-26546-JB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JERMAIN DUPRI MAULDIN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
9600 S. Dixie Hwy, Suite 1311
Miami, FL 33156
Telephone: (305) 916-1122
E-Service: Andrew@TheWilliamsLG.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

Date: Sep 22, 2026

s/ W. Cendejas

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

VAN J. WATLER, an individual, and PATRICK, WATLER, an individual

*Plaintiff(s)*

v.

JERMAIN DUPRI MAULDIN, an individual; RODRIGUEZ JACQUEES BROADNAX, an individual; MASS APPEAL MEDIA, INC., and DOES 1 through 20, inclusive,

*Defendant(s)*

Civil Action No. 1:26-cv-26546-JB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RODRIGUEZ JACQUEES BROADNAX

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
9600 S. Dixie Hwy, Suite 1311
Miami, FL 33156
Telephone: (305) 916-1122
E-Service: Andrew@TheWilliamsLG.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 22, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

VAN J. WATLER, an individual, and PATRICK, WATLER, an individual

*Plaintiff(s)*

v.

JERMAIN DUPRI MAULDIN, an individual; RODRIGUEZ JACQUEES BROADNAX, an individual; MASS APPEAL MEDIA, INC., and DOES 1 through 20, inclusive,

*Defendant(s)*

Civil Action No. 1:26-cv-26546-JB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MASS APPEAL MEDIA, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
9600 S. Dixie Hwy, Suite 1311
Miami, FL 33156
Telephone: (305) 916-1122
E-Service: Andrew@TheWilliamsLG.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Angela E. Noble
Clerk of Court

Date: Sep 22, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts